UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY, | NO. CV 20-2216-RGK (AGR) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CDCR, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report").  No objections to the Report have been filed.[1]  The Court accepts the findings and recommendation of the Report.

IT IS ORDERED as follows:

(1) Plaintiff's motion for default judgment is denied;

(2) Defendants' motion to dismiss the excessive force claims (a) is denied against Defendants Villalobos, Ko, De Bie, McIntosh, Bilderback and Moz; and (b)

---

[1] The Report was returned by the postal service as undeliverable. Based on the markings on the returned envelope, the prison appears to have received the Report on August 23, 2021 and held it because Plaintiff was out to court ("OTC"). The prison ultimately returned the Report as undeliverable, and the envelope was filed on September 21, 2021. (Dkt. Nos. 43-44.) Plaintiff has failed to file a notice of change of address as required by local rules. (Local Rule 46-1.) The court has re-mailed the Report and will mail this Order to his last known address.

1  granted with leave to amend as to all other defendants;

2  (3) Defendants' motion to dismiss the medical care claims (a) is denied against
3  Defendant Villalobos; and (b) granted with leave to amend as to all other defendants;

4  (4) Defendants' motion to dismiss the Fourteenth Amendment due process
5  claims is granted with leave to amend against all defendants; and

6  (5) Plaintiff is granted leave to file a First Amended Complaint that cures the
7  deficiencies within 30 days after entry of this order.

8  If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30
9  days after entry of this Order, it must bear the docket number assigned to this case,
10 be labeled "First Amended Complaint," and be complete in and of itself without
11 reference to the original complaint, attachment, pleading or other documents.

12 The Clerk is DIRECTED to provide Plaintiff with a blank pro se civil rights
13 complaint form.

14 If Plaintiff does not file a First Amended Complaint, this action would proceed
15 on the (a) excessive force claims against Defendants Villalobos, Ko, De Bie,
16 McIntosh, Bilderback and Moz; and (b) the medical care claims against Defendant
17 Villalobos.

20 DATED: September 24, 2021 _____
                                         R. GARY KLAUSNER
21                                       United States District Judge