JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY,<br><br>        Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>        Defendant. | NO.  CV 20-2216-RGK (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice and judgment is entered for Defendants.

DATED: June 23, 2022

*(signature)*
R. GARY KLAUSNER
United States District Judge